# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0260

APRIL 22, 2021

---

In Re: Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 14-CR8-126847.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to sever, the district court's ruling, the bill of information, the state's answer, if any, the pertinent court minutes, and any other relevant documents or transcripts that would assist with addressing his claim. Therefore, this court cannot adequately review the district court's ruling on the motion to sever. Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before May 3, 2021 and should include the missing items noted above and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT